```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONWIDE GENERAL INSURANCE              :
COMPANY, as subrogee of SALIL SETHI AND   :
KHUSHPREET KAUR and as subrogee of JING   :
CHEN AND BO ZHU,                          :      1:23-cv-4433-GHW;
                          Plaintiffs,     :      1:23-cv-4462-GHW;
                                          :      1:23-cv-5193-GHW;
              -against-                   :      1:23-cv-8717-GHW
                                          :
  RAEL MAINTENANCE CORP.,                 :
                          Defendant.      :         JUDGMENT
-----------------------------------------------------------------X

-----------------------------------------------------------------X
THE CINCINNATI INSURANCE COMPANY,         :
                                          :
                          Plaintiff,      :
              -against-                   :
                                          :
  RAEL MAINTENANCE CORP.,                 :
                          Defendant.      :
-----------------------------------------------------------------X

-----------------------------------------------------------------X
USAA CASUALTY INSURANCE COMPANY, as       :
subrogee of JAMES ANDERSON,               :
                          Plaintiff,      :
-against-                                 :
                                          :
RAEL MAINTENANCE CORP.,                   :
                          Defendant.      :
-----------------------------------------------------------------X

-----------------------------------------------------------------X
TRAVELERS EXCESS AND SURPLUS LINES        :
COMPANY a/s/o PARK ROW 23 OWNERS          :
LLC,                                      :
                          Plaintiff,      :
              -against-                   :
                                          :
  RAEL MAINTENANCE CORP.,                 :
                          Defendant.      :
-----------------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 24, 2024, Defendants' motions to dismiss are GRANTED and Plaintiffs' claims are dismissed without prejudice; accordingly, the cases are closed.

**Dated:** New York, New York

April 25, 2024

**RUBY J. KRAJICK**

_____

**Clerk of Court**

BY: _____

**Deputy Clerk**